1  McGREGOR W. SCOTT
   United States Attorney
2  VINCENZA RABENN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00231-DAD-BAM |
|---|---|
| Plaintiff, | MOTION TO DISMISS INDICTMENT |
| v. | [Fed. R. Crim. P. 48(a)] |
| JORGE PAUL VERDUZCO-VERDUZCO, and CARLOS ALFREDO SOTO-SOTO, | |
| Defendants. | |

The United States of America, by and through its undersigned counsel, moves to dismiss the indictment against defendants JORGE PAUL VERDUZCO-VERDUZCO, and CARLOS ALFREDO SOTO-SOTO, filed on October 5, 2017. (ECF No. 13.) This motion is made under Federal Rule of Criminal Procedure 48(a).

The indictment contains two counts against both defendants, alleging that VERDUZCO-VERDUZCO and SOTO-SOTO conspired to possess with intent to distribute heroin, and did possess with intent to distribute heroin, in violation of 21 U.S.C. §§ 846, 841.

On August 24, 2018 this Court issued and order granting the defendants' motion to suppress evidence. (ECF No. 42) As a result, the United States now moves to dismiss the indictment against defendants.

1

Dated: September 5, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ VINCENZA RABENN
    VINCENZA RABENN
    Assistant United States Attorney

|   |   |
|---|---|
| IN THE UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00231-DAD-BAM |
| Plaintiff, | MOTION TO DISMISS INDICTMENT |
| v. | [Fed. R. Crim. P. 48(a)] |
| JORGE PAUL VERDUZCO-VERDUZCO, and CARLOS ALFREDO SOTO-SOTO, | |
| Defendants. | |

The United States' motion to dismiss the pending indictment against defendants JORGE PAUL VERDUZCO-VERDUZCO, and CARLOS ALFREDO SOTO-SOTO in case number 1:17-cr-00231-DAD-BAM is granted. The defendants shall be released to the custody of Immigrations and Customs Enforcement pursuant to any lodged detainers. If no detainers have been lodged, the defendant(s) shall be released forthwith.

IT IS SO ORDERED.

Dated: **September 5, 2018**

_____
UNITED STATES DISTRICT JUDGE